MAX BARASH et al., Copartners Doing Business under the Name of BARASH & SIKORSKI, Appellants, v. CITY OF NEW YORK, Respondent.— Appeal from order granting defendant's motion to change the venue of the action from the county of Kings to the county of New York, and denying plaintiffs' cross motion to retain the venue in Kings County. Order affirmed, with $10 costs and disbursements. The right to a preference in a contract action accorded to a resident of Kings County may only be considered in respect of an action begun in the first instance as a matter of right in Kings County, and may not be considered when begun in disregard of section 182-b of the Civil Practice Act. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

GUSTAVE BLAUSTEIN, as Assignee of ALFRED DAVID, Respondent, v. ALFRED SCHNABEL et al., Appellants.— In an action upon a collateral bond, given as additional security for the payment of a corporate bond, secured by a mortgage on real property, defendants appeal from an order granting plaintiff's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. Plaintiff, having possession of the corporate bond, was entitled to enforce the bond executed by defendants as additional security, although it was not, in terms, assigned to him. (*Security-First Nat. Bank of Los Angeles* v. *Lloyd-Smith*, 259 App. Div. 220; *Westchester Mortgage Co.* v. *McIntire, Inc.*, 168 App. Div. 139, 141; *Craig* v. *Parkis*, 40 N. Y. 181; *Stillman* v. *Northrup*, 109 N. Y. 473, 482.) Defendants' contention that they did not intend to execute the bond, and that it was executed by mistake, furnishes no defense. (*Pimpinello* v. *Swift & Co.*, 253 N. Y. 159; *Amend* v. *Hurley*, 293 N. Y. 587, 595.) Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.